478 A.2d 75

Commonwealth v. McNulty, Appellant.

Submitted November 28, 1983. Richard C. Tinucci, for appellant; David E. Fritchey, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, MONTEMURO and MONTGOMERY, JJ.

Appeal quashed.